Filed 4/23/21  P. v. Vargas CA6

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SIXTH APPELLATE DISTRICT

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>BENJAMIN TRUJILLO VARGAS,<br><br>    Defendant and Appellant. | H048350<br>(Monterey County<br>Super. Ct. No. 18CR005670) |

Defendant Benjamin Trujillo Vargas appeals from the judgment entered following his admission that he violated probation.  Appointed counsel filed an opening brief summarizing the case but raising no issues.  Counsel notified defendant of his right to file a supplemental brief on his own behalf and defendant has not done so.  Having reviewed the entire record, we see no arguable appellate issue.  We therefore briefly describe the proceedings and then affirm the judgment.  (See *People v. Wende* (1979) 25 Cal.3d 436, 440–441; *People v. Kelly* (2006) 40 Cal.4th 106, 110.)

Defendant pleaded no contest in 2018 to possessing a controlled substance for sale (Health & Saf. Code, § 11351) and possessing a short-barreled rifle or shotgun (Pen. Code, § 33215).  He was granted probation with conditions including 180 days in county jail.  In February 2020, the District Attorney alleged defendant violated his probation by smoking marijuana in a public place (in violation of Health and Saf. Code, § 11362.3).  Defendant admitted the violation and the court terminated probation.  Defendant was sentenced to the middle term of three years on the possession for sale count and the

middle term of two years for the firearm possession, to be served concurrently (with 381 days of custody credit). The court imposed a $600 restitution fund fine and, because probation had been revoked, ordered payment of a previously suspended $600 probation revocation fine.

Defendant timely filed a notice of appeal on his own behalf.

## DISPOSITION

The judgment is affirmed.

_____

Grover, J.

**WE CONCUR:**

_____

Greenwood, P. J.

_____

Danner, J.

H048350 - *The People v. Vargas*